UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff

v.                                            Case No. 24-30421
                                            Originating No.  24CR41

**STAR YVETTE RANDALL,**

      Defendant.
_____/

## GOVERNMENT'S PETITION FOR TRANSFER OF DEFENDANT TO ANOTHER DISTRICT AND SUPPORTING BRIEF

Pursuant to Rule 5(c)(3)(D) of the Federal Rules of Criminal Procedure, the United States of America hereby petitions the Court for an order transferring defendant **STAR YVETTE RANDALL,** to answer to charges pending in another federal district, and states:

1. On **October 2, 2024,** defendant was arrested in the Eastern District Michigan in connection with a federal arrest warrant issued in the **Eastern District of Tennessee based on an Indictment**.  Defendant is charged in that district with violations of **21 USC Sections 846 and 841(a)(1) – Conspiracy to Distribute Methamphetamine, Aided and Abetted Possess with Intent to Distribute Methamphetamine AND 18 USC Section 924(c) – Possess a Firearm in Furtherance of a Drug Trafficking Offense.**

2. Rule 5 requires this Court to determine whether defendant is the person named in the arrest warrant and is entitled to a preliminary examination as described in Paragraph One above.  *See* Fed. R. Crim. P. 5(c)(3)(D)(ii).

WHEREFORE, the government requests this Court to conduct transfer proceedings in accordance with Rule 5 of the Federal Rules of Criminal Procedure.

Respectfully submitted,

DAWN N. ISON
United States Attorney


*s/Terrence Haugabook*
TERRENCE HAUGABOOK
Assistant U.S. Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
(313) 226-9100

Dated: October 2, 2024